NO. 07-03-0451-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 10, 2003

______________________________

REYMUNDO SALAS, JR., ET AL., DUNBAR BONDING

SERVICE, ELIJAH W. RATCLIFF, AGENT, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE COUNTY COURT AT LAW NO. 2 OF JEFFERSON COUNTY;

NO. 96619; HONORABLE G. R. FLORES, JUDGE

_______________________________

Before QUINN and REAVIS and CAMPBELL, JJ.

Appellant Elijah Ratcliff filed a 
pro se
 notice of appeal on September 25, 2003. On November 4, 2003, appellant filed an Affidavit in Lieu of Costs on Appeal. The affidavit was not in compliance with the requirements of Tex. R. App. Proc. 20.1.  By letter dated November 13, 2003, appellant was notified by the clerk of this court that if the filing fee of $125 was not paid on or before November 24, 2003, the appeal would be subject to dismissal. Appellant has since filed a Motion to Withdraw Appeal.
 

Without passing on the merits of the case, appellant’s motion to withdraw his appeal is granted and the appeal is dismissed. Tex. R. App. P. 42.1.  Having dismissed the appeal at appellant’s personal request, no motion for rehearing will be entertained and our mandate will issue forthwith. 
 All costs are taxed against appellant. 

James T. Campbell

       Justice